STATE *v.* WARREN PATRICK.

An appeal to the Supreme Court will be dismissed, when the defendant files no appeal bond, and there is no order allowing him to appeal without, granted upon the usual affidavits of inability, &c.

INDICTMENT, larceny, tried before *Hilliard, J.*, at the Fall Term, 1874, of PITT Superior Court.

The defendant was convicted on the trial below and appealed. No bond accompanied the record nor was there an order allowing the defendant to appeal without the usual security.

On the calling of the case in this Court, on motion of the Attorney-General the appeal was dismissed.

No counsel in this Court, for defendant.
*Attorney-General Hargrove*, for the State.

PER CURIAM.   Appeal dismissed for want of appeal bond, or affidavit of inability.